COURT OF APPEALS FOR THE
FIRST DISTRICT OF TEXAS AT HOUSTON



ORDER

Appellate case name:    Robert Draheim v. Doria Gutierrez

Appellate case number:  01-14-00267-CV

Trial court case number:  384864

Trial court:            Bexar County Court at Law No. 5

On July 14, 2015, the Court issued a notice, directing the county clerk to file a special clerk's record within 10 days. *See* TEX. R. APP. P. 34.5(c)(1). The Court received no response.

Accordingly, we ORDER the county clerk to file with this Court, within 10 days of the date of this order, a special clerk's record containing the following documents:

(1) The original petition filed on or about March 19, 2013;
(2) The "Response to Motion for Summary Judgment" filed on or about August 12, 2013;
(3) The "Answer to Motion for Summary Judgment" filed on or about August 22, 2013; and
(4) The "Order Granting Attorney Fees" filed on or about February 7, 2014.

*See* TEX. R. APP. P. 34.5(c)(1).

The cost of preparing this record will be assessed as part of the costs of this appeal upon issuance of this Court's judgment.

Judge's signature: /s/ Terry Jennings
☑ Acting individually    ☐ Acting for the Court

Date: August 11, 2015